to the Supreme Court of Illinois denied. *William Vieaux, pro se.*

No. 418. WADE *v.* NEW YORK. November 15, 1943. Petition for writ of certiorari to the County Court, Westchester County, New York, denied. *William Wade, pro se. Mr. Frank H. Myers* for respondent.

No. 442. MURPHY *v.* MISSOURI. November 15, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mark C. Murphy, pro se.*

No. 450. MAYNARD *v.* MICHIGAN. November 15, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Lawrence Maynard, pro se.*

No. 274. BUTLER BROTHERS *v.* NATIONAL LABOR RELATIONS BOARD. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leland K. Neeves* for petitioner. *Solicitor General Fahy, Messrs. Valentine Brookes* and *Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 380. WASLEFF, DOING BUSINESS AS ALEX WASLEFF BUILDING MAINTENANCE CO., *v.* NATIONAL LABOR RELATIONS BOARD. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Morris A. Haft* and *Ira L. Shapiro* for petitioner. *Solicitor General Fahy,*